# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID BATTISTE,                          1:11cv0918 LJO DLB PC

            Plaintiff,

                           ORDER DENYING PLAINTIFF'S MOTION
    v.                                   FOR SERVICE DOCUMENTS

WARDEN LOPEZ, et al.,                    (Document 17)

            Defendants.

_____/

     Plaintiff David Battiste ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on May 18, 2011.

     Concurrent with this order, the Court has issued a screening order instructing Plaintiff on his options for moving forward with this action.  Accordingly, Plaintiff's motion requesting service documents is DENIED AS MOOT.

     IT IS SO ORDERED.

**Dated:**   **December 8, 2011**            **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

1