# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATTISTE,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN LOPEZ, et al.,<br><br>        Defendants.<br>_____/ | 1:11cv0918 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE DOCUMENTS<br><br>(Document 17) |

Plaintiff David Battiste ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on May 18, 2011.

Concurrent with this order, the Court has issued a screening order instructing Plaintiff on his options for moving forward with this action. Accordingly, Plaintiff's motion requesting service documents is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **December 8, 2011**        /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1