# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATTISTE, | CASE NO. 1:11-cv-00918-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| WARDEN LOPEZ, et al., | (DOC. 21) |
| Defendants. | |

Plaintiff David Battiste "Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his Complaint on May 18, 2011. Doc. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 21. Plaintiff did not file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 24, 2012, is adopted in full;

2. This action proceed on Plaintiff's complaint, filed May 18, 2011, against Defendants

1

Cooper, Baeza, and Benavidez for deliberate indifference in violation of the Eighth Amendment; and

3. Plaintiff's claims against Defendants Lopez and Canales are dismissed with prejudice for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

IT IS SO ORDERED.

**Dated:   March 8, 2012**                           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE