IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BATTISTE,** | Case No. 1:11-cv-00918-LJO-DLB PC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE** |
| v. | |
| **WARDEN LOPEZ, et al. ,** | |
| Defendants. | |

   Defendants Baeza, Benevidez, and Cooper's request to conduct Plaintiff David Battiste's (T-65679) deposition via videoconference is granted.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

   Dated:   **August 23, 2012**          /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

1