# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BATTISTE,

    Plaintiff,

vs.

H. BAEZA, et al.,

    Defendants.

) 1:11cv00918 LJO DLB PC
)
)
) ORDER REQUIRING DEFENDANTS
) TO SUBMIT FURTHER BRIEFING
) WITHIN FOURTEEN DAYS
)
)
)
)

Plaintiff David Battiste ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. Pursuant to the Court's March 9, 2012, order, this action proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendants Cooper, Baeza and Benevidez.

On February 21, 2013, Defendants filed a motion for summary judgment. Plaintiff did not oppose the motion.

Even though the motion is unopposed, the Court must reach the motion on the merits. Plaintiff's verified complaint, as well as the Plaintiff's deposition lodged with the Court, will be used in this analysis. <u>Jones v. Blanas</u>, 393 F.3d 918, 923 (9th Cir. 2004) (verified complaint may be used as an opposing affidavit if it is based on pleader's personal knowledge of specific facts which are admissible in evidence).

The Court will therefore permit Defendants to submit supplemental briefing raising any evidentiary objections they may have to Plaintiff's verified complaint and/or deposition testimony.  Fed. R. Civ. Proc. 56(c).  Defendants' supplemental briefing SHALL BE filed within fourteen days (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **July 24, 2013**         /s/ Dennis L. Beck
                             UNITED STATES MAGISTRATE JUDGE